IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JACKSON WILLIAMS,<br><br>                Defendant. | 8:25CR163<br><br>**ORDER** |

    This matter is before the Court on the government's Motion to Continue Trial (Filing No. 32). After review of the motion, the undersigned finds the motion should be granted. Good cause has been shown due to the reasons stated in the motion, the unavailability of an essential witness, and the fact that the defendant has decided to represent himself at trial.

    IT IS ORDERED that the Motion to Continue Trial (Filing No. 32) is granted as follows:

1. The jury trial, now set for October 20, 2025, is continued to **November 17, 2025**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 17, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would be a miscarriage of justice. An essential witness is unavailable. 18 U.S.C. § 3161(h)(3)(A); (h)(7)(A) and (B)(i). Failing to timely object to this order as provided under the Court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 8th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge